UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL EDELSTEIN,
Plaintiff,

-against-

HAPPY CORNER HOSPITALITY GROUP et al.,
Defendants.

26-CV-4183 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This matter was referred to me for general pretrial supervision. (*See* ECF 10.) Plaintiff timely served Defendants Happy Corner Hospitality Group d/b/a Motek, Motek Flatiron LLC, and Hanaolive LLC with the summons and complaint in this matter on June 4, 2026. (*See* ECF 11, ECF 12, ECF 13.) Defendants were therefore required to respond to the complaint by August 3, 2026. (*See id*.) To date, Defendants have not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendants' deadline to respond to the complaint nunc pro tunc until **August 19, 2026**. Plaintiff is directed to serve a copy of this order on Defendants by **August 7, 2026** by mailing it to Defendants at their last known physical address(es) and any email addresses that are known to Plaintiff and to file proof of service on the docket by **August 7, 2026**.

DATED: August 5, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**