UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL EDELSTEIN,
Plaintiff,

-against-

HAPPY CORNER HOSPITALITY GROUP et al.,
Defendants.

26-CV-4183 (JAV) (RFT)

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of the anticipated mediation, the initial case management conference currently scheduled for September 24, 2026 and associated deadlines are extended as follows: the initial case management conference shall be held on **November 13, 2026 at 10:30am**, and the proposed case management order shall be due on **November 6, 2026**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 280 210 474#.**

By **October 15, 2026**, the parties shall file a joint letter on the docket advising the Court of the status but not the substance of their mediation efforts.

The Clerk of Court is respectfully requested to terminate ECF 20.

DATED: September 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**